UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:
LEWIS, MICHAEL ANTHONY
BURGESS, ANGEL GABRIELLE         CASE NO. 09-23200
Debtor(s)                        Chapter 7

NOTICE OF DEPOSIT OF LESS THAN $5.00
TO UNITED STATES BANKRUPTCY COURT
CLERK'S REGISTRY CHECKING ACCOUNT

TO: THE HONORABLE J. PHILLIP KLINGEBERGER:

Comes now Gordon E. Gouveia, Trustee and applies to the Court as follows:

1. I am the Trustee for the estate of the above-named Debtor(s).

2. Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each.

Claim # 1-2 Credit Acceptance Corp., 25505W. 12 Mile Rod., Suite 3000, Southfiled, MI 48034 - **$2.08**
Claim # 10 Premier Bank Card/Charter, PO Box 2208, Vacaville, CA 95696 - **$3.68**
Claim # 11 PRA Receivables Mgmt LLC, as Agent of Portfolio Recovery Assocs., PO Box 41067, Norfolk, VA 23541 - **$1.84**
Claim # 14 Munster Radiology Group, c/o Komyatte & Casbon, PC, 9650 Gordon Dr., Highland, IN 46322 - **$2.03**
Claim # 19 Lake Imaging LLC, c/o Komyatte & Casbon, PC, 9650 Gordon Dr., Highland, IN 46322 - **$ .34**
Claim # 20 Satish Patel, M.D., c/o Komyatte & Casbon, PC, 9650 Gordon Dr., Highland, IN 46322 - **$4.62**
Claim # 21 Hammond Clinic, c/o Komyatte & Casbon, PC, 9650 Gordon Dr., Highland, IN 46322 - **$1.37**
Claim # 23 St. Margaret Mercy Healthcare Centers, d/b/a/ Omni 41, c/o Efron, Efron & Yahne, PC, 5246 Hohman Ave., Fifth Floor, Hammond, IN 46320 - **$3.24**
Claim #25 Tri-City Community Mental health Geminus Corp, 8400 Louisiana St., Merrillville, IN 46410 - **$1.26**
Claim # 28 PYOD LLC as assignee of MHC Receivables, LLC, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602 - **$1.96**

3. Pursuant to FRBP 3010 the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein and accordingly, I am tendering herewith my Check No 119 in the amount of $ 22.42, payable to the Clerk, U.S. Bankruptcy Court.

Dated in Merrillville, IN on February 22, 2011

/s/ Gordon E. Gouveia
Gordon E. Gouveia, Trustee
433 W. 84th Drive
Merrillville, IN 46410
(219) 736-6020

CERTIFICATE OF SERVICE

    I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
Credit Acceptance Corp., 25505W. 12 Mile Rod., Suite 3000, Southfiled, MI 48034
Premier Bank Card/Charter, PO Box 2208, Vacaville, CA 95696
PRA Receivables Mgmt LLC, as Agent of Portfolio Recovery Assocs., PO Box 41067, Norfolk, VA 23541
Munster Radiology Group, c/o Komyatte & Casbon, PC, 9650 Gordon Dr., Highland, IN 46322
Lake Imaging LLC, c/o Komyatte & Casbon, PC, 9650 Gordon Dr., Highland, IN 46322
Satish Patel, M.D., c/o Komyatte & Casbon, PC, 9650 Gordon Dr., Highland, IN 46322
Hammond Clinic, c/o Komyatte & Casbon, PC, 9650 Gordon Dr., Highland, IN 46322
St. Margaret Mercy Healthcare Centers, d/b/a/ Omni 41, c/o Efron, Efron & Yahne, PC, 5246 Hohman Ave., Fifth Floor, Hammond, IN 46320
Tri-City Community Mental health Geminus Corp, 8400 Louisiana St., Merrillville, IN 46410
PYOD LLC as assignee of MHC Receivables, LLC, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602

Dated: February 22, 2011                                                        /s/ Gordon E. Gouveia
                                                                         Gordon E. Gouveia, Trustee